# PAUL L. CAMES
**CHAPTER 7 TRUSTEE**
**PO BOX 8499**
**WARNER ROBINS GA  31095**

**(478) 922-0922**
**FAX (478) 929-2568**

**JOEL M. BOOKS**
Executive Assistant

**KAREN A. RESLIE**
Financial Administrator

February 5, 2008

US BANKRUPTCY COURT
PO Box 1957
Macon GA  31202

    Re:    VELEY, FRANCES L.,
            Chapter 7 Case No. 05-10604

Dear Clerk:

    Enclosed please find a check in the amount of $8,854.50 for full and final payment of the following claims in the above case:

    Claim number 7, Sears, was $758.00;
    Claim number 7I, Interest on Sears was $61.50;
    Claim number 8, Bank of America was $7,432.00;
    And claim number 8I, Interest on Bank of America was $603.00.

    As funds were not claimed after three months, they are being turned over to you.  If you have any questions or wish to discuss this, please call me at the above number.

    Sincerely,

    /s/ Paul L. Cames
by:    PAUL L. CAMES
       Chapter 7 Trustee

Enclosure/kar