**SO ORDERED.**

**SIGNED this 05 day of May, 2009.**



                                         _/s/ James D. Walker, Jr._
                                                   JAMES D. WALKER, JR.
                                               UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF THE STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-10604 |
| Frances L. Veley, | ) | (Chapter 7) |
|             DEBTOR | ) | |

### ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT

       On the application of Bank of America, (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $8,035.00) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

       Dated this ___ day of _____, _____.

                                                     _____
                                                     United States Bankruptcy Judge

Cc: Benita Stripling